005257

Order entered December 12, 2012



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-12-01645-CV

### IN THE INTEREST OF T.L.D., A CHILD

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 0718708S**

## ORDER

The Court has before it appellant's December 7, 3012 motion for extension of time to file notice of appeal. The Court **GRANTS** the motion and **ORDERS** that the notice of appeal tendered by appellant to the trial court on December 6, 2012 be timely filed as of that date.

_____
MOLLY FRANCIS
JUSTICE